JACKSON LEWIS P.C.
Barry Alan Johnsrud, WSBA #21952
Sherry L. Talton, WSBA #42780
520 Pike Street, Suite 2300
Seattle, WA 98101
206-405-0404
Barry.johnsrud@jacksonlewis.com
sherry.talton@jacksonlewis.com
Attorneys for Defendant American Medical Response Ambulance Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HALEY KARNITZ, Individually<br><br>                           Plaintiff,<br>  v.<br>AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.,<br>                           Defendant. | No.  2:19-cv-00056 RMP<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-entitled action has been fully resolved by agreement and that said cause of action should be dismissed with prejudice and without costs to either party.

RESPECTFULLY SUBMITTED this 3rd day of October, 2019.

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1
(CASE NO. 2:19-cv-00056 RMP)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1

| | |
|---|---|
| JACKSON LEWIS P.C. | VANGUARD LAW FIRM |
| By: s/ *Barry Alan Johnsrud*<br>Barry Alan Johnsrud, WSBA #21952<br>Sherry L. Talton, WSBA #42780<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>206-405-0404<br>Barry.johnsrud@jacksonlewis.com<br>Sherry.talton@jacksonlewis.com | By:  s/ *Spencer Nathan Thal*<br>Spencer Nathan Thal, WSBA #38325<br>P.O. Box 939<br>Poulsbo, WA 98370<br>(206) 488-8344<br>spencer@vanguardlawfirm.com |
| Attorneys for Defendants | Attorney for Plaintiff |

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2
(CASE NO. 2:19-cv-00056 RMP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United State of America that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Spencer Nathan Thal
Vanguard Law Firm
P.O. Box 939
Poulsbo, WA 98370
Attorneys for Plaintiffs

DATED this 3rd day of October, 2019.

*s/ Heather H. Adams*
Heather H. Adams

4822-4777-6165, v. 3

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 3
(CASE NO. 2:19-cv-00056 RMP)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404