FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HALEY KARNITZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC, a Delaware corporation,<br><br>Defendant. | NO: 2:19-CV-56-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 14. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 14**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** October 3, 2019.

*s/ Rosanna Malouf Peterson*<br>ROSANNA MALOUF PETERSON<br>United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2