# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

HALEY KARNITZ, an individual,

*Plaintiff*

v.

AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC, a Delaware corporation,

*Defendant*

Civil Action No. 2:19-CV-56-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2019

SEAN F. McAVOY, CLERK

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion to Dismiss with Prejudice, ECF No. 14, is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on the parties' Stipulation of dismissal (ECF No. 14).

Date: October 3, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel